Argued and submitted January 30, affirmed August 5, 1986

SAMMIE J. MARTZ,
*Petitioner on Review,*

*v.*

BOARD OF PAROLE,
*Respondent on Review.*

(CA A35568; SC S32298)

723 P2d 317

Lawrence J. Hall, Attorney, Public Defender's office, Salem, argued the cause for petitioner on review. On the briefs was Gary D. Babcock, Public Defender.

Scott McAlister, Assistant Attorney General, Salem, argued the cause for respondent on review. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General.

Arlen P. Smith, Jack Duncan, David E. Powell and Michael Lissy, Oregon State Penitentiary, Salem, filed a brief *amicus curiae.*

Before Peterson, Chief Justice, and Lent, Linde, Campbell, Carson, and Jones, Justices, and Gillette, Justice Pro Tempore.

LENT, J.

**LENT, J.**

Like the petitioner in *Price v. Board of Parole,* 301 Or 393, 723 P2d 314 (1986), this petitioner argued to the Court of Appeals and to this court that the Board of Parole (Board) "abused its discretion" by not overriding the minimum sentence imposed by the trial judge, which exceeded the petitioner's guideline matrix as determined by the Board.

At the time of the petitioner's parole hearing, the same statutes and administrative rules were in effect that we interpret today in *Price.* The petitioner's argument is identical to that advanced by *Price,* and for the reasons given in that opinion, we hold that the petitioner's claim that the Board abused its discretion by not overriding his minimum sentence is insufficient to invoke the court's authority to reverse or remand the Board's order. ORS 183.482(8)(b).

The decision of the Court of Appeals is affirmed.